

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00211-CV

Nancy L. **TANKERSLEY** and Charlie R. Tankersley,
Appellants

v.

**TRIPLE I. RANCHES**, A Texas Partnership,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13940
Honorable Spencer W. Brown, Judge Presiding

# O R D E R

Appellants' brief was due September 10, 2018. Appellants, who are pro se, have filed a motion for extension of time asking for an additional thirty days in which to file their brief. After review, we **GRANT** appellants' motion and **ORDER** appellants' to file their brief in this court **on or before October 10, 2018.**

We **order** the clerk of this court to serve a copy of this order on appellants and all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court